IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSPIRE MEDICAL SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>NYXOAH, INC., and<br>NYXOAH SA,<br><br>             Defendants. | C.A. No. 25-cv-00667-RGA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS NYXOAH, INC. AND NYXOAH SA'S MOTION TO DISQUALIFY
PLAINTIFF'S COUNSEL**

Defendants Nyxoah, Inc. and Nyxoah SA (collectively, "Nyxoah") respectfully move for entry of an order disqualifying the law firm of Latham & Watkins from representing Plaintiff Inspire Medical Systems, Inc. in this action. The grounds for this motion are set forth in Nyxoah's Opening Brief in support thereof, which is being filed contemporaneously herewith.

Dated: August 15, 2025

**OF COUNSEL:**

L. Norwood Jameson*
**DUANE MORRIS LLP**
1075 Peachtree Street, NE, Suite 1700
Atlanta, GA 30309-3929
wjameson@duanemorris.com

Anthony J. Fitzpatrick*
Charlotte Drew*
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
ajfitzpatrick@duanemorris.com
cdrew@duanemorris.com

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Monté T. Squire*
Monté T. Squire (No. 4764)
1201 N. Market Street, Suite 501
Wilmington, DE 19801
Telephone: (302) 657-4900
mtsquire@duanemorris.com

*Attorneys for Defendants Nyxoah, Inc. and Nyxoah SA*

Jarrad M. Gunther*
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1837
JMGunther@duanemorris.com

*admitted *pro hac vice*