IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSPIRE MEDICAL SYSTEMS, INC., <br><br>                    Plaintiff,<br><br>    v.<br><br>NYXOAH, INC., and NYXOAH SA,<br><br>                    Defendants. | C.A. No. 25-cv-00667-RGA<br><br>**JURY TRIAL DEMANDED**<br><br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>**REDACTED - PUBLIC VERSION** |

### DECLARATION OF OLIVIER TAELMAN IN SUPPORT OF NYXOAH, INC. AND NYXOAH SA'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL

I, Olivier Taelman, hereby declare and state:

1. I am the Chief Executive Officer of Nyxoah, Inc./Nyxoah SA ("Nyxoah" or the "Company"). I joined the Company as its Chief Operating and Commercial Officer in July 2019, and assumed the position of Chief Executive Officer in November 2019.

2. In my capacity as Chief Executive Officer, I am familiar with Nyxoah's corporate fund raising, finances, and intellectual property. I have reviewed Nyxoah's documents related to its initial public offering and subsequent financings, and I make this declaration in support of Nyxoah's Motion to Disqualify Plaintiff's Counsel based on my personal knowledge and upon information available to me in the regular course of my duties.

**Nyxoah's Initial Public Offering**

3. Nyxoah's U.S. initial public offering ("IPO") closed (NASDAQ: NYXH) on July 7, 2021.

4. Nyxoah engaged Piper Sandler, Stifel, and Cantor Fitzgerald & Co. ("Cantor Fitzgerald") as underwriters in connection with its U.S. IPO. Latham and Watkins LLP

1

("Latham") served as underwriter's counsel to Piper Sandler, Stifel, Cantor Fitzgerald in connection with the IPO.

5. In the months leading up to the IPO, Nyxoah created a data room to facilitate the due diligence process and gave Latham access to the data room.

6. Latham attorneys accessed Nyxoah's data room on many occasions. A log showing Latham attorneys accessing the Nyxoah data room is attached hereto as Exhibit A.

7. The information in the data room included Nyxoah's highly sensitive confidential information. Some of the most sensitive documents in the data room were ███████████████

████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

██████████████████████

8. The information contained in the data room was shared with Latham with the understanding that the information would be kept confidential. Access to the data room was strictly limited to individuals authorized by Nyxoah who were working on the IPO.

9. In connection with the IPO, Nyxoah and Latham participated in a financial due diligence call on March 24, 2021. A calendar invite for the call is attached hereto as Exhibit B.

10. A true copy of the call agenda for the March 24, 2021 financial due diligence call is attached hereto as Exhibit C.[1]

11. Nyxoah and Latham also participated in an IP due diligence call on March 26, 2021. A calendar invite for the call is attached hereto as Exhibit D.

12. A true copy of the call agenda for the March 26, 2021 financial due diligence call

---

[1] The Call Agenda is dated March 25, 2021, however, the call took place on March 24, 2021 per Exhibit B.

is attached hereto as Exhibit E.

13. During the diligence calls, questions were posed to Nyxoah and its attorneys directly by Latham attorneys. I have reviewed the Company's records with respect to the calls. Six Latham attorneys were invited to attend the March 24 and 26, 2021 calls: Lauren Lozada, Shayne Kennedy, Jennifer Yoon, Semi El-Kebbi, Darryl Steensma, and Seth Appiah-Opoku.

14. The information shared on the diligence calls was shared with the understanding and expectation that it would remain confidential.

### Nyxoah's December 2022 At-The-Marketing Offering

15. In late December of 2022, Nyxoah filed its F-3 with the U.S. Securities and Exchange Commission, which included a $50 million At-The-Market ("ATM") component.

16. Cantor Fitzgerald served as placement agent to establish the ATM.

17. Latham served as counsel to Cantor Fitzgerald in connection with the F-3 and December 2022 ATM.

18. Nyxoah updated its data room in advance of the ATM, and Latham attorneys were granted access to the data room.

19. Nyxoah and Latham participated in a due diligence call on December 8, 2022. A calendar invite for the call is attached hereto as Exhibit F. I have reviewed the Company's records with respect to the call. Four Latham attorneys were invited to attend the December 8, 2022 call: Julian Brody, Michael Sullivan, Ryan Kazemaini, and Chris Hazuka.

20. A true copy of the call agenda for the December 8, 2022 due diligence call is attached hereto as Exhibit G.[2]

21. The information in the data room and the information shared on the diligence call

---

[2] The Call Agenda is dated November 2022, however, the call took place on December 8, 2022 per Exhibit F.

for the December 2022 ATM was shared with the understanding that Cantor Fitzgerald, and Latham, were working with the Company to secure additional financing. It was the Company's understanding and expectation that the confidential information it shared for this purpose would remain confidential.

22. Cantor Fitzgerald was compensated for its role in the ATM on a commission basis. A true copy of the Sales Agreement between Nyxoah SA and Cantor Fitzgerald dated December 22, 2022 is attached hereto as Exhibit H.

23. Nyxoah and Cantor Fitzgerald also agreed that Nyxoah would pay a portion of Cantor Fitzgerald's legal fees to Latham. In May 2023, Latham billed Nyxoah in the amount of $75,000 for work on "Establishment of ATM Program." A true copy of Latham's invoice is attached hereto as Exhibit I.

24. In June 2023, Nyxoah paid the $75,000 invoice to Latham. A true copy of Nyxoah's bank statement showing payment to Latham is attached hereto as Exhibit J.

### Nyxoah's May 2024 Follow On Offering

25. In May 2024, Nyxoah closed an additional follow on offering. Latham again represented Cantor Fitzgerald as underwriter's counsel in connection with the May 2024 follow on offering.

26. Preparations for the offering began in March 2024. Nyxoah uploaded additional documents to its data room for the follow-on offering and Latham attorneys were granted access to the data room.

27. Nyxoah and Latham participated in a business and financial due diligence call on March 14, 2024, and an IP due diligence all on March 15, 2024. Calendar invites for the March 14 and 15, 2025 calls are hereto as Exhibit K.

28.  I have reviewed the Company's records with respect to the calls. Twelve Latham attorneys were invited to attend the March 14th and 15th diligence calls: Derek Rogers, Chris Hazuka, Robert Yeh, Shayne Kennedy, Michael Sullivan, Arielle Schechtman, Ben Haas, Chad Jennings, Betty Pang, Margaret Rote, Eveline Vankeymeulen, and Jeanne Fabre.

29.  A true copy of the call agenda for the March 14, 2024 due diligence call is attached hereto as Exhibit L.[3]

30.  A true copy of the call agenda for the March 15, 2024 due diligence call is attached hereto as Exhibit M.

### Nyxoah's March 2025 ATM

31.  In March 2025, Nyxoah began work to establish a new ATM facility, for three years and $50 million, as part of an F-3 filing made by the Company on March 20, 2025.

32.  Cantor Fitzgerald, represented by Latham, served as placement agent to establish the ATM.

33.  Nyxoah again updated its data room in preparation for the diligence to be performed for the ATM, and Latham was granted access to the data room.

34.  Nyxoah and Latham participated in a business and IP due diligence call on March 18, 2025, and a business and financial due diligence all on March 19, 2025. Calendar invites for the calls are attached hereto as Exhibit N. I have reviewed the Company's records with respect to the calls. Seven Latham attorneys were invited to attend the March 18th and 19th diligence calls: Samantha Wang, Michael Sullivan, Julian Brody, Rachel Staub, Robert Yeh, Chris Hazuka, and Shayne Kennedy.

35.  A true copy of the call agenda for the March 18, 2025 due diligence call is

---

[3] The Call Agenda is dated March 13, 2025, however, the call took place on March 14, 2025 per Exhibit K.

attached hereto as Exhibit O. A true copy of the call agenda for the March 19, 2025 due diligence call is attached hereto as Exhibit P.

**Nyxoah's** 

36. In or around March 2025, Nyxoah began working with

37.

38.

39. Nyxoah granted  and the Latham attorneys representing it access to Nyxoah's data room.

40. Nyxoah and Latham participated in an IP diligence call on March 20, 2025. A calendar invite for the call is attached hereto as Exhibit Q. I have reviewed the Company's records with respect to the call. Seven Latham attorneys were invited to attend the March 20th diligence call: Samantha Wang, Michael Sullivan, Shayne Kennedy, Julian Brody, Rachel Staub, Robert Yeh, and Chris Hazuka.

41. A true copy of the call agenda for the March 20, 2025 due diligence call is attached hereto as Exhibit R.

42.  . A calendar invite for the call is attached hereto as Exhibit S. I have reviewed the Company's records with respect to the call. Seven Latham attorneys were invited to attend the March 24th diligence call: Samantha Wang, Rachel Staub,

6

Michael Sullivan, Darryl Steensma, Robert Yeh, Kristina Funahashi, and Chris Hazuka.

43. A true copy of the call agenda for the March 24, 2025 due diligence call is attached hereto as Exhibit T.[4]

44. Latham and Nyxoah also participated in a financial diligence call on March 21, 2025. A calendar invite for the call is attached hereto as Exhibit U. I have reviewed the Company's records with respect to the call. Five Latham attorneys were invited to attend the March 21st call: Michael Sullivan, Shayne Kennedy, Samantha Wang, Julian Brody, and Rachel Staub.

45. A true copy of the call agenda for the March 21, 2025 due diligence call is attached hereto as Exhibit V.

46. On April 23, 2025, Cantor Fitzgerald notified Nyxoah that Latham had withdrawn as its counsel due to an unexplained "business conflict."

47. On April 24, 2025, Morgan Stanley notified Nyxoah that Latham had withdrawn as its counsel with respect to the follow-on offering also due to an unexplained "business conflict."

Signed under the penalties of perjury this 15th day of August, 2025.

*/s/ Olivier Taelman*

Olivier Taelman

---

[4] The Call Agenda is dated March 2025, however, the call took place on March 24, 2025 per Exhibit S.