# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Rodger D. Smith II
(302) 351-9205
rsmith@morrisnichols.com

January 5, 2026

The Honorable Richard G. Andrews  *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Inspire Medical Sys., Inc. v. Nyxoah, Inc., et al.*,
C.A. No. 25-667 (RGA)

Dear Judge Andrews:

Pursuant to D. Del. LR 7.1.4, Plaintiff Inspire Medical Systems, Inc. respectfully requests oral argument on Inspire's Objections (D.I. 55) to the Magistrate Judge's November 18, 2025 Memorandum Order (D.I. 50) disqualifying plaintiff's counsel Latham & Watkins. Briefing on Inspire's Objections is complete (D.I. 55, 57).

Inspire requests the opportunity for oral argument in light of the Memorandum Order's unprecedented nature, sweeping ramifications, and prejudice to Inspire, which would be separated from its counsel of choice many months into its representation, despite Latham never having an attorney-client or fiduciary relationship with Nyxoah.

Respectfully,

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

cc: All Counsel of Record (via electronic mail)