**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INSPIRE MEDICAL SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff and Counterclaim | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-667 (RGA) |
| | ) | |
| NYXOAH, INC., and | ) | |
| NYXOAH SA, | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim Plaintiffs. | ) | |

## JOINT STIPULATION AND ORDER TO EXTEND STAY

WHEREAS, pursuant the Court's November 21, 2025 Order (D.I. 52), all deadlines in the Scheduling Order (D.I. 30) are currently stayed through January 20, 2026; and

WHEREAS, the parties have agreed to extend the current stay until twenty-one (21) days after the Court issues a ruling on Plaintiff Inspire Medical Systems, Inc.'s Objections to the Magistrate Judge's November 18, 2025 Memorandum Order (D.I. 50) Disqualifying Plaintiff's Counsel (D.I. 55, "Plaintiff's Objections") and Defendants Nyxoah, Inc.'s and Nyxoah SA's Response thereto (D.I. 57, "Defendants' Response");

IT IS HEREBY STIPULATED, by and between the parties, subject to the Court's approval, that:

1.    All deadlines set forth in the Scheduling Order (D.I. 30) are stayed until twenty-one (21) days after the Court issues a ruling on Plaintiff's Objections and Defendants' Response.

2.    During the twenty-one (21)–day stay period, the parties shall meet and confer regarding any proposed adjustments to the Scheduling Order.  On or before the twenty-first (21st) day of the stay period, the parties shall file a joint proposed scheduling order, accompanied by a

cover letter identifying any proposed modifications to the current schedule or any remaining issues

or competing proposals requiring the Court's resolution.

Dated: January 16, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          DUANE MORRIS LLP

/s/ Anthony D. Raucci                          /s/ Monté T, Squire

_____               _____
Rodger D. Smith II (#3778)                     Monté T. Squire (#4764)
Anthony D. Raucci (#5948)                      1201 North Market Street, Suite 501
1201 North Market Street                       Wilmington, DE 19801
P.O. Box 1347                                  (302) 777-0300
Wilmington, DE  19899                          MTSquire@duanemorris.com
(302) 658-9200
rsmith@morrisnichols.com                       *Attorneys for Defendants*
araucci@morrisnichols.com

*Attorneys for Plaintiff*

SO ORDERED this 20th day of _____January_____, 2026.

                                   /s/ Richard G. Andrews_____
                                   United States District Judge