IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSPIRE MEDICAL SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 25-667 (JCB) |
| v. | ) | **CONSOLIDATED** |
| | ) | |
| NYXOAH, INC., and NYXOAH SA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NYXOAH SA and NYXOAH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 25-1147 (JCB) |
| v. | ) | |
| | ) | |
| INSPIRE MEDICAL SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED
COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Defendant Inspire Medical Systems, Inc., by and through undersigned counsel, respectfully

moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss with prejudice Plaintiffs' claims

for indirect infringement of U.S. Patent Nos. 8,700,183, 9,415,215, and 9,415,216 in their

Amended Complaint (D.I. 16) for failure to state a claim.  The grounds for this motion are fully

set forth in Defendant's opening brief.

1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

OF COUNSEL:

Naveen Modi
Karthik R. Kasaraneni
Emma Burri
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1700

Eric W. Dittmann
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

April 24, 2026

Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendant
Inspire Medical Systems, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 18, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Monté T. Squire, Esquire<br>DUANE MORRIS LLP<br>1201 North Market Street, Suite 501<br>Wilmington, DE 19801<br>*Attorneys for Nyxoah, Inc.*<br>*and Nyxoah SA* | *VIA ELECTRONIC MAIL* |
| Anthony J. Fitzpatrick, Esquire<br>Poornarchita H. Dwarakanath, Esquire<br>Charlotte Drew, Esquire<br>DUANE MORRIS LLP<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br>*Attorneys for Nyxoah, Inc.*<br>*and Nyxoah SA* | *VIA ELECTRONIC MAIL* |
| L. Norwood Jameson, Esquire<br>DUANE MORRIS LLP<br>1075 Peachtree Street, NE, Suite 1700<br>Atlanta, GA 30309-3929<br>*Attorneys for Nyxoah, Inc.*<br>*and Nyxoah SA* | *VIA ELECTRONIC MAIL* |
| Jarrad M. Gunther, Esquire<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>*Attorneys for Nyxoah, Inc.*<br>*and Nyxoah SA* | *VIA ELECTRONIC MAIL* |

4

Diana M. Sangalli, Esquire
DUANE MORRIS LLP
1300 Post Oak Boulevard, Suite 1500
Houston, TX 77056
*Attorneys for Nyxoah, Inc.*
*and Nyxoah SA*

*VIA ELECTRONIC MAIL*

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)