IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSPIRE MEDICAL SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 25-667 (JCB) |
| v. | ) | **CONSOLIDATED** |
| | ) | |
| NYXOAH, INC., and NYXOAH SA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NYXOAH SA and NYXOAH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 25-1147 (JCB) |
| v. | ) | |
| | ) | |
| INSPIRE MEDICAL SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

The Court grants Defendant Inspire Medical Systems, Inc.'s partial motion to dismiss with prejudice Plaintiff Nyxoah SA and Nyxoah, Inc.'s Amended Complaint (D.I. 16) under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim of indirect infringement of U.S. Patent Nos. 8,700,183, 9,415,215, and 9,415,216.

*So ordered by the court on _____ __, 2026.*

_____
J. CAMPBELL BARKER
United States District Judge

1