IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INSPIRE MEDICAL SYSTEMS, INC.,    )
                                  )
        Plaintiff,                )
                                  )
                                  )    C.A. No. 25-667 (JCB)
        v.                        )    **CONSOLIDATED**
                                  )
NYXOAH, INC., and NYXOAH SA,      )
                                  )
        Defendants.               )
                                  )
_____)
                                  )
NYXOAH SA and NYXOAH, INC.,       )
                                  )
        Plaintiffs,               )
                                  )    C.A. No. 25-1147 (JCB)
        v.                        )
                                  )
INSPIRE MEDICAL SYSTEMS, INC.     )
                                  )
        Defendant.                )

**NOTICE OF COMPLIANCE**

PLEASE TAKE NOTICE that pursuant to JCB-CV-7.2(c), *Defendant Inspire Medical Systems, Inc.'s Partial Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)* relating to Nyxoah SA and Nyxoah, Inc.'s Amended Complaint originally filed in C.A. No. 25-1147, has been fully briefed (*see* D.I. 92, 93, 94 and 95).

1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

OF COUNSEL:

_____
Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
jtigan@morrisnichols.com
araucci@morrisnichols.com

Naveen Modi
Karthik R. Kasaraneni
Emma Burri
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1700

Eric W. Dittmann
Carl J. Minniti III
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Inspire Medical Systems, Inc.*

May 18, 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 18, 2026, upon the following in the manner indicated:

Monté T. Squire, Esquire                                    *VIA ELECTRONIC MAIL*
DUANE MORRIS LLP
1201 North Market Street, Suite 501
Wilmington, DE 19801
*Attorneys for Defendants Nyxoah, Inc.*
*and Nyxoah SA*

Anthony J. Fitzpatrick, Esquire                             *VIA ELECTRONIC MAIL*
Poornarchita H. Dwarakanath, Esquire
Charlotte Drew, Esquire
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
*Attorneys for Defendants Nyxoah, Inc.*
*and Nyxoah SA*

L. Norwood Jameson, Esquire                                 *VIA ELECTRONIC MAIL*
DUANE MORRIS LLP
1075 Peachtree Street, NE, Suite 1700
Atlanta, GA 30309-3929
*Attorneys for Defendants Nyxoah, Inc.*
*and Nyxoah SA*

Jarrad M. Gunther, Esquire                                  *VIA ELECTRONIC MAIL*
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
*Attorneys for Defendants Nyxoah, Inc.*
*and Nyxoah SA*

3

Diana M. Sangalli, Esquire
DUANE MORRIS LLP
1300 Post Oak Boulevard, Suite 1500
Houston, TX 77056
*Attorneys for Defendants Nyxoah, Inc.*
*and Nyxoah SA*

*VIA ELECTRONIC MAIL*

*/s/ Anthony D. Raucci*

_____
Anthony D. Raucci (#5948)